**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y**

★ AUG 16 2006 ★

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**LONG ISLAND OFFICE**

550
Spatt

1. Title of Case: <u>United States v. Dawn Schlegel and Sandra Hatfield</u>

2. Related Magistrate Docket Number(s) ~~CR 06 5~~ 5 0

   None (X)

   **SPATT, J.**

3. Arrest Date: _____

4. Nature of offense(s):  X  Felony
   ☐  Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): <u>   None   </u>

6. Projected Length of Trial:  Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: <u>Nassau/Suffolk</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?    (X) Yes  ( ) No

9. Have arrest warrants been ordered?    (X) Yes  ( ) No

10. Is a capital count included in the indictment?    ( ) Yes  (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
John G. Martin
Assistant U.S. Attorney
631-715-7870

Rev. 10/01/03