# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

Dawn Schlegel

Defendant(s).

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-550

I, __Dawn Schlegel__, the above named defendant, who is accused of

conspiracy to commit securities fraud and conspiracy to commit tax fraud,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __October 23, 2007,__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____ Robert W Henoch
Counsel for Defendant  celia A Cohen

Befo

*Judicial Officer*