```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

                                        MEMORANDUM AND ORDER
        -against-                       06-CR-550


DAWN SCHLEGEL, SANDRA HATFIELD,
and DAVID H. BROOKS,

        Defendants.
----------------------------------X
```

APPEARANCES:

For Government:     James Halleron Knapp, Esq.
                    Richard Thomas Lunger, Jr., Esq.
                    Christopher Allen Ott, Esq.
                    United States Attorneys Office
                    610 Federal Plaza
                    Central Islip, NY 11722-4454

For Defendants:
Sandra Hatfield     Roland G. Riopelle, Esq.
                    Sercarz & Riopelle LLP
                    152 West 57th Street, 24th Floor
                    New York, NY 10019

David H. Brooks     James M. LaRossa, Esq.
                    240 West End Avenue
                    New York, NY 10023

                    Herald Price Fahringer, Esq.
                    120 East 56th Street
                    New York, New York

                    John C. Meringolo, Esq.
                    Meringolo and Associates, P.C.
                    1790 Broadway Suite 1501
                    New York, NY 10019

                    Zaki I. Tamir, Esq.
                    Gofer Tamir and Associates
                    55 Broad Street, 26th Floor
                    New York, NY 10004

SEYBERT, District Judge:

On February 28, 2009, this Court issued an Order providing Defendant David H. Brooks ("Brooks") and the Government with an opportunity to file briefs in support of their privilege arguments. The Order specified that both parties were to file their briefs by March 10, 2009, and the briefs were limited to seven pages in length. The Court did not grant the parties an opportunity to file responses or replies.

Defendant Brooks filed his brief on the Court's electronic case filing system by 5:00 p.m. on March 10, 2009; the Government did not file its brief until later that evening. Defendant Brooks now objects to the timing and size of the Government's submission, and argues that the Court should strike the memorandum.

The Court declines to strike the Government's memorandum for its late timing; however, the Court will not accept any arguments in the memorandum that are responsive to Brooks' filing. The Government is directed to re-submit its filing with all references to Brooks' memorandum stricken. Further, all future filings by all parties must be electronically filed by 5:00 p.m.

The Court also declines to strike the Government's memorandum for exceeding the seven-page limit. The eighth page of the Government's submission is merely a signature. The Court declines to address minor nuances such as an excess quarter-page

used purely for a signature.  However, to avoid any difficulties in the future, future filings from all parties must strictly comply with any page limitations set by this Court, and all filings must be in 12-point Times New Roman font, with one inch margins on the top, bottom, left, and right side of each page.

                                    SO ORDERED.

                                    /s/ JOANNA SEYBERT
                                    Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
           March  16 , 2009