UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

       -against-                  ORDER
                                 06-CR-0550 (JS)

SANDRA HATFIELD, DAVID H. BROOKS,
PATRICIA LENNEX

                    Defendants.

----------------------------------X
APPEARANCES:
For Government:     Richard Thomas Lunger, Jr., Esq.
                   Christopher Allen Ott, Esq.
                   James Halleron Knapp, Esq.
                   James M. Miskiewicz, Esq.
                   United States Attorneys Office
                   610 Federal Plaza
                   Central Islip, NY 11722-4454

For Defendants:

Sandra Hatfield     Roland G. Riopelle, Esq.
                   Maurice H. Sercarz, Esq.
                   Sercarz & Riopelle, LLP
                   152 West 57th Street, 24th Floor
                   New York, NY 10019

David Brooks       John C. Meringolo, Esq.
                   Meringolo and Associates, P.C.
                   1790 Broadway, Suite 1501
                   New York, NY 10019

                   Zaki I. Tamir, Esq.
                   Gofer Tamir and Assoc.
                   55 Broad Street
                   New York, NY 10004

                   James M. LaRossa, Esq.
                   240 West End Avenue
                   New York, NY 10023

                   Kenneth Ravenell, Esq.
                   William H. Murphy, Jr., Esq.
                   The Murphy Firm
                   1 South Street, 23rd Floor
                   Baltimore, MD 21202

                   Richard Ware Levitt, Esq.
                   Yvonne Shivers, Esq.

```
                    Law Offices of Richard W. Levitt
                    148 E. 78th Street
                    New York, NY 10021

                    Roger V Archibald, Esq.
                    William C. Thompson, Esq.
                    16 Court Street
                    Brooklyn, NY 11241

Patricia Lennex:   Michael F. Bachner, Esq.
                    Bachner & Herskovits, P.C.
                    26 Broadway, Suite 2310
                    New York, NY 10004
```

SEYBERT, District Judge:

The Court has been advised by Dr. M. Liebowitz, that the Defendant David H. Brooks, in the custody of the Nassau County Correctional Facility, medically requires the following medications be administered to him: Ativan (2mg tablets, up to ten tablets per day) and Ambien (10mg tablets, up to 2 tablets at bedtime). The Court has verified that the prescriptions have been lawfully filled and are medically necessary. Therefore, the Court directs Michael Sposato, Warden of the Nassau County Correctional Facility, located at 100 Carman Avenue, East Meadow, NY 11554 to administer these medications to Mr. Brooks, as described above, which will be delivered by the United States Marshal's Service.

SO ORDERED.

_____
                    /s/
              Joanna Seybert, U.S.D.J.


Dated:     January 20, 2009
           Central Islip, New York