```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        -against-                                    ORDER
                                                     06-CR-0550 (JS)
SANDRA HATFIELD, DAVID H. BROOKS,
PATRICIA LENNEX

                Defendants.
----------------------------------X
APPEARANCES:
For Government:     Richard Thomas Lunger, Jr., Esq.
                    Christopher Allen Ott, Esq.
                    James Halleron Knapp, Esq.
                    James M. Miskiewicz, Esq.
                    United States Attorneys Office
                    610 Federal Plaza
                    Central Islip, NY 11722-4454
For Defendants:

Sandra Hatfield     Roland G. Riopelle, Esq.
                    Maurice H. Sercarz, Esq.
                    Sercarz & Riopelle, LLP
                    152 West 57th Street, 24th Floor
                    New York, NY 10019

David Brooks        John C. Meringolo, Esq.
                    Meringolo and Associates, P.C.
                    1790 Broadway, Suite 1501
                    New York, NY 10019

                    Zaki I. Tamir, Esq.
                    Gofer Tamir and Assoc.
                    55 Broad Street
                    New York, NY 10004

                    James M. LaRossa, Esq.
                    240 West End Avenue
                    New York, NY 10023

                    Kenneth Ravenell, Esq.
                    William H. Murphy, Jr., Esq.
                    The Murphy Firm
                    1 South Street, 23rd Floor
                    Baltimore, MD 21202

                    Richard Ware Levitt, Esq.
                    Yvonne Shivers, Esq.
```

```
                    Law Offices of Richard W. Levitt
                    148 E. 78th Street
                    New York, NY 10021

                    Roger V Archibald, Esq.
                    William C. Thompson, Esq.
                    16 Court Street
                    Brooklyn, NY 11241

Patricia Lennex:    Michael F. Bachner, Esq.
                    Bachner & Herskovits, P.C.
                    26 Broadway, Suite 2310
                    New York, NY 10004

Dawn Schlegal:      Steven G. Kobre, Esq.
                    Francisco J. Navarro, Esq.
                    Kobre & Kim LLP
                    800 Third Avenue
                    New York, NY 10022
```

SEYBERT, District Judge:

Pending before the Court is Defendant Sandra Hatfield's motion to exclude Dawn Schlegal's attorney, Francisco Navarro, from the Courtroom. That motion is DENIED. Fed. R. Evid. 615 only authorizes the Court to exclude non-party "witnesses," not those witnesses' attorneys. There is, obviously, a big difference between "witnesses" and "attorneys." And this Court will not read words into Rule 615 that neither Congress nor the Supreme Court authorized. That being said, the Court cautions Mr. Navarro that, to the extent he communicates factual information to Ms. Schlegal concerning other witnesses' testimony, the attorney-client privilege will not protect those communications. Thus, on cross-examination, Ms. Schlegal must answer any questions she receives concerning what factual information Mr. Navarro conveyed to her

concerning this trial's events.

SO ORDERED.

_____/s/_____
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
       February 1, 2010