

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KAN:JHK

*610 Federal Plaza, 5th Floor*

*Central Islip, New York 11722*

August 2, 2010

**VIA ELECTRONIC FILING**

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

    Re:  United States v. Hatfield and Brooks
          Criminal Action No. 06 CR 0550 (S-1) (Seybert, J.)

Dear Judge Seybert:

    The undersigned Assistant United States Attorneys represent the United States as to forfeiture issues in the above prosecution against defendants Sandra Hatfield and David Brooks ("Defendants"). This letter is respectfully submitted to advise the Court that in the event of the Defendants' convictions of counts giving rise to forfeiture, the government, in accordance with Fed. R. Cr. P. 32.2(b)(5)(A), requests that the jury be retained to determine the Defendants' forfeiture liability.

    Moreover, in addition to the specific items of property set forth in the forfeiture allegation of the Superseding Indictment, the government seeks forfeiture of the all items of personal property restrained or seized by the Court during the course of this proceeding as additional proceeds traceable to the Defendants' crimes, including the unauthorized executive compensation schemes. The items have been previously identified through the affidavits of FBI Special Agent Robert M. Cappadona (docket entries #78, #98-1, and #797) and FBI Special Agent Angela Jett (docket entry #787) and orders of this court (docket entries #79, #88, #89, #90, #98, #100, #786 and #789). Finally,

the government will seek forfeiture money judgments against the Defendants in amounts representing the difference between the proceeds obtained by the Defendants and the specific property that has been identified to date.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

    By:  s/ James H. Knapp
       James H. Knapp
       Kathleen A. Nandan
       Assistant U.S. Attorneys
       (631) 715-7879

cc: **VIA ECF**
  All Counsel of Record